# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 454 MAL 2017

              Respondent      :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

             v.                    :

LEONARDO J. MOJICA-CARRION,      :

              Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.